NATIONAL LABOR RELATIONS
BOARD, Petitioner,
v.
SHREVEPORT PACKING CORPORA-
TION, Respondent.

No. 21045.

United States Court of Appeals
Fifth Circuit.

Dec. 2, 1964.

Elliott Moore, Atty., Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Arnold Ordman, Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

fense for which a penalty may be assessed under authority of section 3612."

Richard C. Keenan, New Orleans, La., for respondent.

Before RIVES and WISDOM, Circuit Judges, and MORGAN, District Judge.

PER CURIAM:

We hold that substantial evidence in the record as a whole supports the findings of the Board including the finding which the respondent contests, i. e.: that the respondent Company violated Section 8(a)(3) and (1) of the Act by discriminatorily discharging employee George Robinson. The order of the Board is therefore enforced.